# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| NORMAN CRITTENDON | § | |
| VS. | § | CIVIL ACTION NO. 9:18-CV-12 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff, Norman Crittendon, an inmate confined at the Polunsky Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.

**I.  BACKGROUND**

On August 17, 2018, the Magistrate Judge assigned to this case entered a Report and Recommendation, recommending this action be dismissed pursuant to 28 U.S.C. § 1915(g). An Order Adopting the Report and Recommendation and Final Judgment were entered on September 12, 2018 without consideration of plaintiff's objections that were entered on September 11, 2018.

**II.  STANDARD OF REVIEW**

Federal Rule of Civil Procedure 59 affords two means by which a district court can grant a new trial. Rule 59(d) permits the court, within ten days of entry of judgment, *sua sponte* to order a new trial. Rule 59(d) also requires that "[w]hen granting a new trial on its own initiative or for a reason not stated in a motion, the court shall specify the grounds in its order." *Id*.

**III. ANALYSIS**

Plaintiff filed Objections to the Report and Recommendation that were not considered by this Court. This court, therefore, will grant a new trial pursuant to Federal Rule of Civil Procedure 59(d).

**IV. CONCLUSION**

Based on the foregoing, this court **GRANTS** a **NEW TRIAL** pursuant to Federal Rule of Civil Procedure 59(d). The **CLERK OF COURT** is hereby **ORDERED** to **VACATE** the **MEMORANDUM ORDER** and **FINAL JUDGMENT** entered on September 2, 2018 and restore this case to the active docket.

So **ORDERED** and **SIGNED** on this 14th day of September, 2018.

_____
Ron Clark, United States District Judge